FILED
2009 Jun-09 AM 11:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **SHAUNTIA HARKNESS,** | } |
| **Plaintiff,** | } |
| v. | }   Case No.: 2:08-CV-02331-RDP |
| **MIDLAND CREDIT MANAGEMENT, INC., et al.,** | } |
| **Defendants.** | } |

## ORDER SEALING DOCUMENTS

This case is before the court on the parties' Joint Motion to Seal (Doc. #25), filed June 8, 2009. For good cause shown, the motion is **GRANTED**. The Clerk is **DIRECTED** to place Plaintiff's Motion to Enforce Settlement (Doc. #21) and all exhibits attached thereto under seal.

**DONE** and **ORDERED** this  9th  day of June, 2009.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE